IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

HUNTER REED, *et al.*,

    Plaintiffs,

v.

FRANK BOVE,

    Defendant.

Case No. 2:17-cv-168

JUDGE ALGENON L. MARBLEY

Magistrate Judge Vascura

## OPINION & ORDER

This matter is before the Court on the Defendant's Response to this Court's Order to Show Cause that the amount in controversy likely exceeds $75,000. (ECF No. 48). The Court is satisfied that the damages alleged in this case are well in excess of the $75,000 required for federal diversity jurisdiction. Therefore, the Court's Summary Judgment Order denying summary judgment (ECF No. 48) is hereby **VACATED**. The Clerk is directed to reactivate Defendant's Summary Judgment Motion (ECF No. 33), which this Court will rule on in due course.

**IT IS SO ORDERED.**

                                                  s/Algenon L. Marbley
                                                **UNITED STATES DISTRICT JUDGE**

**DATE: April 19, 2019**