**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **HUNTER REED,** *et al.*, | : |
| Plaintiffs, | : Case No. 2:17-cv-168 |
| v. | : JUDGE ALGENON L. MARBLEY |
| **FRANK BOVE,** | : Magistrate Judge Vascura |
| Defendant. | : |
| | JUDGMENT IN CIVIL CASE |

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 12, 2019 Opinion and Order the Court GRANTED Defendant's Motion for Summary Judgment.  This case is CLOSED.

Date:  August 12, 2019                                   Richard W. Nagel, Clerk

                                                                         s/Betty L. Clark
                                                                         Betty L. Clark/Deputy Clerk